## ELDERS *v.* BANK OF HAGAN.

ATKINSON, J. There being no complaint that error was committed during the trial, and the verdict not being without evidence to support it, the refusal of a new trial was not error.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

SEPTEMBER 16, 1915.

Claim. Before Judge Sheppard. Tattnall superior court. February 14, 1914.

*R: H. Burroughs,* for plaintiff in error. *H. C. Beasley,* contra.